IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS** | Misc. Action No. 1:20-mc-00098-EGS<br><br>Related to:<br>No. 17-cr-232 (EGS) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Applicant the Reporters Committee for Freedom of the Press ("Applicant"), by and through its counsel, hereby gives notice of its voluntary dismissal of this case without prejudice.

1. On October 1, 2020, Applicant submitted an application for the public docketing of court records in Criminal Matter No. 17-cr-232 (EGS), pursuant to Local Criminal Rule 57.6. On January 19, 2021, the Court directed Applicant to file a status report with a recommendation for further proceedings, including whether it is appropriate to close this case, by no later than January 26, 2021. On January 22, 2021, Applicant conferred by email with counsel for the government in the related case, asking counsel to confirm whether the document at issue in the application in the instant case was filed with the Court. On January 24, 2021, counsel for the government in the related case responded, stating that counsel "do[es] not believe that [the government] provided a copy to the Court." Consequently, Applicant's current understanding is the document that is the subject of the Application is not in the possession of the Court.

2. Applicant hereby gives notice of voluntary dismissal, which, pursuant to Fed. R. Civ. P. 41(a)(1)(B), is without prejudice.

Dated: January 26, 2021 Respectfully submitted,

/s/ Gabriel Rottman
Gabriel Rottman
D.C. Bar No. 992728
The Reporters Committee for
 Freedom of the Press
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202-795-9300
Facsimile: 202-795-9310
grottman@rcfp.org
